# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Joseph Berenholz, MD, PLLC**  
Debtor(s)

Case No. **17-46667-MLO**  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph Berenholz** c/o Debtor | | | sole member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Principal** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 9, 2017**

Signature **/s/ Joseph Berenholz**
**Joseph Berenholz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Joseph Berenholz, MD, PLLC**      Case No. **17-46667-MLO**
Debtor(s)      Chapter **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: **Joseph Berenholz**
Address: **c/o Debtor**

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **May 9, 2017**

**/s/ Joseph Berenholz**
Signature of Authorized Individual
For Corporation Debtor

**Joseph Berenholz**
Print Name

**Principal**
Title