UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

Joseph Berenholz, MD, PLLC                         Case No. 17-46667
                                                   Chapter 11
                Debtor.                            Hon. Maria Oxholm
_____/

## STATEMENT REGARDING FINANCIAL DOCUMENTS
(balance sheet)

NOW COMES Debtor, through counsel, and states:

Debtor's most recent balance sheet follows, however, the values listed are not meant as admissions and the assets are not valued for bankruptcy purposes.

## BALANCE SHEET

|  | Apr 30, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking Account | 1,160.63 |
| Total Checking/Savings | 1,160.63 |
| **Total Current Assets** | 1,160.63 |
| **Fixed Assets** | - |
| Accumulated Depreciation | 122,509.70 |
| Furniture and Equipment | 9,307.66 |
| Medical Equipment | 306,110.26 |
| **Total Fixed Assets** | 192,908.22 |
| **TOTAL ASSETS** | **194,068.85** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 0.00 |
| Total Accounts Payable | 0.00 |
| **Other Current Liabilities** | |
| Due to LVRI | 202,631.00 |
| Loan Payable Melissa B | 16,000.00 |
| Total Other Current Liabilities | 218,631.00 |
| **Total Current Liabilities** | 218,631.00 |
| **Long Term Liabilities** | |
| Lease Payable - Flex | 14,086.75 |
| Lease Payable - Laser | 24,669.53 |

|   |   |
|---|---|
| **Lease Payable - Protoge/Vanq** | 65,614.89 |
| **Lease Payable - ThermiRF** | 71,145.93 |
| **Lease Payable - ThermiVa** | 50,112.49 |
| **Lease Payable - Advantage** | 6,307.66 |
| **Total Long Term Liabilities [some disputed]** | 231,937.25 |
| **Total Liabilities** | 450,568.25 |
| **Equity** | |
| **Members Equity** | -256,499.40 |

DATED: 5 16 2017

Respectfully submitted,
___/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com