# United States Bankruptcy Court
## Eastern District of Michigan

In re **Joseph Berenholz, MD, PLLC**     Debtor(s)

Case No. **17-46667-MLO**
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Joseph Berenholz**, declare under penalty of perjury that I am the **Principal** of **Joseph Berenholz, MD, PLLC**, and that the following is a true and correct copy of the resolutions adopted.

"Whereas, it is in the best interest of this entity to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Joseph Berenholz**, **Principal** of this entity, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the entity; and

Be It Further Resolved, that **Joseph Berenholz**, **Principal**, is authorized and directed to appear in all bankruptcy proceedings, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the entity in connection with such bankruptcy case, and

Be It Further Resolved, that **Joseph Berenholz**, **Principal**, is authorized and directed to employ **Robert N. Bassel P48420**, attorney and the law firm of **Robert N. Bassel** to represent the entity in such bankruptcy case."

Date **May 16, 2017**

Signed **/s/ Joseph Berenholz**
**Joseph Berenholz**