Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Joseph Berenholz, MD, PLLC**  
Debtor(s)

Case No.  **17-46667-MLO**  
Chapter  **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:  **Joseph Berenholz**  
Address:  **c/o Debtor**

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **May 9, 2017**

**/s/ Joseph Berenholz**  
Signature of Authorized Individual  
For Corporation Debtor

**Joseph Berenholz**  
Print Name

**Principal**  
Title