UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Joseph Berenholz, MD, PLLC          Case No. 17-46667-mlo
                                    Chapter 11
Debtor.                             Hon. Maria Oxholm
_____/

## VERIFIED DECLARATION OF JOSEPH BERENHOLZ

1. I am the principal of the Debtor.

2. I am a Board Certified OB/GYN, and have practiced for 25 years.

3. Debtor retains its records on site and is fully staffed.

4. I, my wife who is my administrative assistant, our outside bookkeeper and our outside CPA firm keep the books and records of the Debtor, which are physically kept in house using QuickBooks.

5. Debtor does not perform any inpatient services, all services are outpatient.

6. Debtor has no history of poor quality patient care.

7. Debtor shares its physical facility with another medical doctor's professional limited liability company who can detect if there is a change in the care of patients.

8. Debtor's principal conducts medical operations at medical facilities such as hospitals which would detect any adverse changes in patient care.

9. Federal, state and professional organizations also monitor Debtor's operations.

10. The reason for the bankruptcy was not related to any quality of care issues, it was related to a temporary decrease in cash flow which appears to have been resolved.

11. I have several thousand patients in the Greater Metropolitan Detroit Area.

12. Some of my current OB-GYN patients I have personally delivered.

13. If for some reason the Debtor was no longer able to operate, I would open a new practice or work as a sole proprietor and continue to service my patients.

14. If I had physical problems and became unable to continue to practice, other OB/GYN's could continue to service my clients. For instance, I share space with Dr. Joseph Prezzato, a Board Certified OB/GYN and a Fellow of the American Congress of Obstetricians and Gynecologists.

15. If a patient decides to no longer be treated by me, they are entitled to their medical records and we will give them their records.

16. Debtor's bankruptcy was due to decreased cash flow, and hiring an ombudsman will hurt Debtor's ability to reorganize because money that otherwise would go to creditors will go to the ombudsman.

**VERIFIED UNDER PENALTY OF PERJURY**

/s/ Joseph Berenholz, M.D.

Prepared by:
__/s/ Robert Bassel__
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com