UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 17-46667-mlo

**Joseph Berenholz, LLC,**                                Chapter 11

    Debtor.                                      Hon. Maria L. Oxholm
_____/

**UNITED STATES TRUSTEE'S NOTICE OF COMPLIANCE WITH
TERMS OF ORDER DISMISSING PROCEEDING AND ALLOWING FOR
CASE TO BE CLOSED**

Daniel M. McDermott, United States Trustee, states as follows:

1. On October 12, 2017 this Court entered an Order Granting the Debtor's Motion to Dismiss this proceeding (the "Dismissal Order") (Doc. # 63).

2. Pursuant to the terms of the Dismissal Order, the Debtor and Debtor's counsel were to take numerous actions including paying various U.S. Trustee Quarterly fees, providing disbursement information to the U.S. Trustee, filing Monthly Operating Reports, and filing a Fee Application for approval by the Court. This case was to remain open until after those actions were completed.

3. Pursuant to the terms of the Dismissal Order, the U.S. Trustee is providing Notice that the Debtor and Debtor's counsel have completed all of the requirements under the terms of the Dismissal Order and the Debtor's case may be closed.

WHEREFORE, the United States Trustee respectfully requests that the Court allow the Debtor's case to be closed and for such other and further relief as the Court may deem appropriate.

                                      Respectfully submitted,

                                      **DANIEL M. McDERMOTT**
                                      **UNITED STATES TRUSTEE**
                                      Region 9

                    By:    /s/ Richard A. Roble
                              Trial Attorney
                              Office of the U.S. Trustee
                              211 West Fort St - Suite 700
                              Detroit, Michigan 48226
                              (313) 226-6769
                              Richard A.Roble@usdoj.gov
                              [P51429]

Dated: December19, 2017